IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID A. DEMEYER                                        PLAINTIFF

        v.                      CIVIL NO. 08-3038

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                          DEFENDANT

## J U D G M E N T

        For reasons stated in the memorandum opinion of this date, we hereby affirm the decision

of the Commissioner and dismiss plaintiff's case with prejudice.  **The parties have sixty days**

**from entry of the judgment on the docket in which to appeal.**

        IT IS SO ORDERED AND ADJUDGED this 24th day of September 2009.



/s/  *J. Marschewski*
_____
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE